PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORRAINE FEDEROVITCH, | ) | |
| | ) | CASE NO. 4:21CV1603 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DELLIQUADRI TRUCKING & SUPPLY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On August 27, 2021, the Court was informed by Michael P. Karst, one of the attorneys for Defendants, that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 27, 2021, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

  August 27, 2021              */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                         United States District Judge